■ In the Matter of MITCHELL MILLER, a Disbarred Attorney.—Motion by Mitchell Miller, a disbarred attorney and counselor-at-law for reinstatement as a member of the Bar of the State of New York.

Motion denied. Mollen, P. J., Lazer, Mangano, Gibbons and Thompson, JJ., concur.

(February 19, 1986)

■ In the Matter of GEORGE SASSOWER, an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS, Petitioner.—Motion by respondent for a formal public hearing on this matter and for other relief.

Motion granted to the extent of directing that the matter should proceed in a formal public hearing.

In all other respects, motion denied. Mollen, P. J., Lazer, Mangano, Gibbons and Thompson, JJ., concur.